PROB 35     **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:00CR00422-01** |
| ) | |
| **Velton D. ROGERS** ) | |
| ) | |

On February 21, 2002, the above-named was sentenced to 64 months custody with 3 years Supervised Release to follow, which commenced on July 5, 2006. Velton D. Rogers has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                               Respectfully submitted,

                               /s/ Casey Horner, Sr.

                               **CASEY HORNER, SR.**
                               **Senior United States Probation Officer**

Dated:        March 17, 2009
                Modesto, California
                CKH:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                          **DEBORAH A. SPENCER**
                          **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Velton D. ROGERS**
  **Docket Number: 2:00CR00422-01**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Velton D. Rogers be discharged from supervised release, and that the proceedings in the case be terminated.

| 3/18/2009 | /s/ John A. Mendez |
|---|---|
| **Date** | **Honorable John A. Mendez** |
| | **United States District Judge** |

Attachment: Recommendation
cc: Ben Wagner, Assistant U. S. Attorney
  U. S. Attorney's Office - Financial Litigation Unit
  U. S. District Court - Fiscal Clerk